# United States District Court
## Eastern District of California

OCT - 7 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**DENNIS HENRY DELSIED**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:00CR00104 01**<br><br>Matthew Bockmon, AFD<br>Defendant's Attorney |

**THE DEFENDANT:**

[✓]   admitted guilt to violation of charge _1_ as alleged in the violation petition filed on _8/22/05_.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation:

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| 1 | Illicit Drug Use | 7/16/05 |

The court: [✓] revokes supervision heretofore ordered on _2/17/05_.

   The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓]   Charge _2_ is dismissed.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

9/22/05
Date of Imposition of Sentence

_____
Signature of Judicial Officer

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office
TEST: Jack L. Wagner
   , U.S. District Court
Eastern District of California
By _____
                Deputy Clerk
Dated _10/07/05_

**HON. DAVID F. LEVI**, United States District Judge
Name & Title of Judicial Officer

10/5/2005
Date

AO 245B-CAED (Rev. 3/04) Sheet 2 - Imprisonment

Case 2:00-cr-00104-DFL   Document 27   Filed 10/07/05   Page 2 of 2

| CASE NUMBER: | 2:00CR00104 01 | Judgment - Page 2 of 2 |
|---|---|---|
| DEFENDANT: | DENNIS HENRY DELSIED | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 60 days. Costs of confinement are waived due to the defendant's inability to pay.

[✔]   The court makes the following recommendations to the Bureau of Prisons:   Placement at Rio Consumnes Correctional Center, if consistent with Bureau of Prisons policy and procedures.

[ ]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
  [ ] at ___ on ___.
  [ ] as notified by the United States Marshal.

[✔]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [✔] before 2:00 pm on 10/27/05.
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Officer.
  If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
   Deputy U.S. Marshal