```
QUIN DENVIR, Bar #49374
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DENNIS HENRY DELSIED
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-S-00-104-DFL |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED] ORDER EXTENDING SURRENDER DATE** |
| DENNIS HENRY DELSIED, | ) |
| Defendant. | ) Judge: Hon. David F. Levi |

**IT IS HEREBY STIPULATED** between plaintiff, United States of America, through its undersigned counsel, Richard J. Bender, Assistant United States Attorney, and defendant, DENNIS HENRY DELSIED, through his undersigned attorney, Matthew C. Bockmon, Assistant Federal Defender, that the date for defendant to surrender for service of sentence shall be extended from October 27, 2005 at 2:00 p.m. to October 31, 2005 at 2:00 p.m. due to the death of Mr. Delsied's brother late yesterday.

United States Probation Officer, Debbie Spencer, has no objections to this continuance.

All other conditions of probation and penalties for failure to

1  surrender shall remain in force.
2      Therefore, it is requested that the Court CONTINUE Mr. Delsied's
3  surrender date until October 31, 2005 at 2:00 p.m.
4  Dated: October 25, 2005
5                                       Respectfully submitted,
6                                       QUIN DENVIR
                                        Federal Defender
7
                                        /s/ Matthew C. Bockmon
8                                       _____
                                        MATTHEW C. BOCKMON
9                                       Assistant Federal Defender
                                        Attorney for Defendant
10                                      DENNIS HENRY DELSIED
11 Dated: October 25, 2005
12                                      MCGREGOR W. SCOTT
                                        United States Attorney
13
14                                      /s/ Matthew C. Bockmon for
                                        _____
15                                      RICHARD J. BENDER
                                        Assistant United States Attorney
16                                      per telephonic authority
17
18                              **O R D E R**
19     Defendant shall surrender to the institution designated by the
20 Bureau of Prisons or to the U.S. Marshal in Sacramento by 2:00 p.m. on
21 Monday, October 31, 2005.
22 IT IS SO ORDERED.
23 Dated: October 25, 2005
24                                      For JUDGE DAVID F. LEVI:
25
26                                      _____
                                        WILLIAM B. SHUBB
27                                      UNITED STATES DISTRICT JUDGE
28

Stip & Order Extending Surrender Date    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip & Order Extending Surrender Date    3