1  QUIN DENVIR, Bar #49374
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DENNIS HENRY DELSIED

8           IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,      )  NO. CR-S-00-104-DFL
                                  )
13             Plaintiff,         )
                                  )  **STIPULATION AND [PROPOSED] ORDER**
14      v.                        )  **EXTENDING SURRENDER DATE**
                                  )
15 DENNIS HENRY DELSIED,          )
                                  )
16             Defendant.         )
                                  )  Judge: Hon. David F. Levi
17 _____)

19      Counsel received notification and verification that the memorial
20 services for Mr. Delsied's brother are scheduled for Wednesday,
21 November 2, 2005.
22      Therefore, **IT IS HEREBY STIPULATED** between plaintiff, United States
23 of America, through its undersigned counsel, Richard J. Bender, Assistant
24 United States Attorney, and defendant, DENNIS HENRY DELSIED, through his
25 undersigned attorney, Matthew C. Bockmon, Assistant Federal Defender,
26 that the date for defendant to surrender for service of sentence shall be
27 extended to November 3, 2005  at 2:00 p.m.
28      All parties are in agreement with the new date.

All other conditions of probation and penalties for failure to surrender shall remain in force.

Therefore, it is requested that the Court CONTINUE Mr. Delsied's surrender date until November 3, 2005 at 2:00 p.m.

Dated: October 28, 2005

                                          Respectfully submitted,

                                          QUIN DENVIR
                                          Federal Defender

                                          /s/ Matthew C. Bockmon
                                          _____
                                          MATTHEW C. BOCKMON
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          DENNIS HENRY DELSIED

Dated: October 28, 2005

                                          MCGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Matthew C. Bockmon for
                                          _____
                                          RICHARD J. BENDER
                                          Assistant United States Attorney
                                          per telephonic authority

## **O R D E R**

Defendant shall surrender to the institution designated by the Bureau of Prisons or to the U.S. Marshal in Sacramento by 2:00 p.m. on Thursday, November 3, 2005.

IT IS SO ORDERED.

Dated: October 31, 2005

                                          _____
                                          DAVID F. LEVI
                                          United States District Judge